UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES<br><br>        Petitioner,<br><br>    -v-<br><br>SIRIUS XM RADIO INC.,<br><br>        Respondent. | 24-cv-413 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On January 19, 2024, respondent, Sirius XM Radio, Inc., removed this lawsuit to federal court, invoking this Court's jurisdiction under 28 U.S.C. § 1331. On January 31, 2024, petitioner, the State of New York, moved to remand this lawsuit back to state court. See Mem. of Law in Supp. of the Att'y General's Mot. to Remand, ECF No. 9. Upon consideration of the parties' written submissions and oral argument, the Court hereby grants petitioner's motion to remand. An opinion explaining the reasoning for this decision will follow in due course.

The Clerk of Court is respectfully directed to close entry number 7 on the docket of this case.

SO ORDERED.

New York, NY
February 22, 2024

_____
JED S. RAKOFF, U.S.D.J.