**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK, BY
LETITIA JAMES,

                        Petitioner,

      -against-                                            24 **CIVIL** 413 (JSR)

                                                                 **JUDGMENT**

SIRIUS XM RADIO INC.,

                        Respondent.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 23, 2024, the Court, by Order dated February 22, 2024, granted the State's motion to remand the case back to state court. Final judgment is entered dismissing the case; accordingly, the case is closed.

**Dated:**  New York, New York

      May 24, 2024

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                                **BY:**        K. Mango

                                                             **Deputy Clerk**